IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW SENSATIONS, INC., | No. C 11-2835 CW |
| Plaintiff, | ORDER SEVERING AND DISMISSING WITHOUT PREJUDICE CLAIMS AGAINST DOES 3 THROUGH 1768 |
| v. | |
| DOES 2-1768, | |
| Defendants. | |

On December 22, 2010, Plaintiff New Sensations, Inc., filed a complaint, bringing claims for copyright infringement against 1,768 Doe Defendants. See New Sensations, Inc. v. Does 1-1768, Case No. C 10-5864 PSG (N.D. Cal.). On May 31, 2011, the magistrate judge to whom Plaintiff's original complaint was assigned severed Plaintiff's claims against Does 2 through 1768, concluding that these claims do not arise out of the same transaction, occurrence, or series of transactions or occurrences from which Plaintiff's claim against Doe 1 arises. The magistrate judge recommended that, after reassignment to an Article III judge, the claims against Does 2 through 1768 be dismissed.

The Court adopts the magistrate judge's recommendation in part. Plaintiff's complaint offers no indication that Plaintiff's claim against Doe 2 is sufficiently related to its claims against the remaining Doe Defendants. Plaintiff alleges only that each Doe Defendant has "reproduced and distributed to the public at least a substantial portion of Plaintiff's copyright work." Compl. ¶ 10. This allegation does not suggest that each Doe Defendant engaged in

the same infringement or series of infringements. Although Plaintiff pleads that all Doe Defendants have agreed to violate its copyrights, it offers no factual basis for this allegation. Consequently, Plaintiff's claims against Does 3 through 1,768 are not properly joined to this action.

Accordingly, the Court SEVERS and DISMISSES without prejudice Plaintiff's claims against Does 3 through 1,768 based on misjoinder. If Plaintiff files new complaints against these Defendants within twenty-one days, those actions will be deemed a continuation of the original action for purposes of the statute of limitations. Plaintiff's action against Doe 2 may go forward.

IT IS SO ORDERED.

Dated: 8/11/2011

CLAUDIA WILKEN
United States District Judge