IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW SENSATIONS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>DOES 2-1768,<br><br>    Defendant.<br>_____/ | No. C 11-02835 CW<br><br>ORDER CONTINUING<br>CASE MANAGEMENT<br>CONFERENCE |

The case management conference (CMC) previously scheduled for Tuesday, September 20, 2011 is continued to Wednesday, January 18, 2012, at 2:00 p.m.  If Plaintiff fails to file a proof of service by September 28, 2011, this case will be dismissed for failure to timely serve.

    IT IS SO ORDERED.


Dated: 9/16/2011

                            CLAUDIA WILKEN<br>
                          United States District Judge