IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW SENSATIONS, INC., | No. C 11-02835 CW |
| Plaintiff, | ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | |
| DOES 2-1768, | |
| Defendant. | |

The case management conference (CMC) previously scheduled for Tuesday, September 20, 2011 is continued to Wednesday, January 18, 2012, at 2:00 p.m.  If Plaintiff fails to file a proof of service by September 28, 2011, this case will be dismissed for failure to timely serve.

IT IS SO ORDERED.

Dated: 9/16/2011

CLAUDIA WILKEN
United States District Judge