IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW SENSATIONS, INC., | No. C 11-02835 CW |
| Plaintiff, | ORDER DISMISSING CASE FOR FAILURE TO SERVE TIMELY |
| v. | |
| DOES 2-1768, | |
| Defendants. | |
| _____/ | |

On December 23, 2010, Plaintiff New Sensations, Inc. filed a lawsuit for copyright infringement against 1,768 Doe Defendants. See New Sensations, Inc. v. Does 1-1768, Case No. C 10-5864 PSG (N.D. Cal.). On May 31, 2011, the magistrate judge to whom Plaintiff's original complaint was assigned severed Does 2 through 1,768 from the original action. On that same day, the claims against Does 2 through 1,768 were reassigned to the undersigned and the complaint was re-filed under this case number. On August 11, 2011, the Court severed and dismissed without prejudice the claims against Does 3 through 1,768 based on misjoinder.

On September 16, 2011, the Court warned Plaintiff that failure to submit proof of service on Doe 2 by September 28, 2011 would result in dismissal of its action for failure to serve timely.

1     Plaintiff has not filed a proof of service.  Thus, the Court
2 dismisses Plaintiff's action for failure to serve timely.
3     IT IS SO ORDERED.

5 Dated: 10/5/2011        _____
                              CLAUDIA WILKEN
                              United States District Judge

**United States District Court**
For the Northern District of California